RECEIVED

MAR 0 4 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

LADON KENTRELL KING                DOCKET NO. 14-CV-3428; SEC. P

VERSUS                             JUDGE STAGG

WARDEN                             MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition filed pursuant to 28 U.S.C. §2241 be denied and dismissed with prejudice.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, on this 4th day of March, 2015.

TOM STAGG
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA